McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
APR 19 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEALED

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE: | [PROPOSED] ORDER TO UNSEAL ORDERS AND APPLICATION AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE |
| DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 640-3808 | 2:18-SW-0870 DB |
| DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 817-9691 | 2:18-SW-0908 KJN |
| DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 451-8975 | 2:19-SW-0107 CKD |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: April 18, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1